UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| IN RE:<br>J. D. POLING<br>RACHEL LYNN POLING<br>Debtors | CASE NO: 07-30176<br>(Chapter 13)<br>JUDGE LAWRENCE S. WALTER |

REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4050451**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 4-2/ 5 | HOMEQ SERVICING<br>RECOVERY NC4745   SUITE 300<br>701 CORPORATE CENTER DR<br>RALEIGH, NC  27607 | 219.09 |

/s/ Jeffrey M. Kellner

Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 12/9/2010

Certificate of Service  07-30176

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

| J. D. POLING | RACHEL LYNN POLING | RANDAL A HARVEY |
| --- | --- | --- |
| 811 NORTH SUNSET DRIVE | 4035 CAMELOT ROAD | 9 W WATER ST |
| PIQUA, OH  45356 | PIQUA, OH  45356 | TROY, OH  45373 |

| (64.1n) | (59.1n) | (5.1) |
| --- | --- | --- |
| ECAST SETTLEMENT CORPORATION | ECMC | HOMEQ SERVICING |
| BOX 35480 | 7325 BEAUFONT SPRINGS | RECOVERY NC4745   SUITE 300 |
| NEWARK, NJ  07193 | SUITE 200 | 701 CORPORATE CENTER DR |
|  | RICHMOND, VA  23225 | RALEIGH, NC  27607 |

| (66.1n) | (65.1n) | (61.1n) |
| --- | --- | --- |
| HOMEQ SERVICING CORPORATION | LINH TRAN | PREMIER HEALTH CARE MIDDLETOWN |
| 6 EXECUTIVE CIRCLE | 2101 FOURTH AVE | % NCO FINANCIAL SYSTEMS INC |
| SUITE 100 | SUITE 900 | 1804 WASHINGTON BLVD #500 |
| IRVINE, CA  92614 | SEATTLE, WA  98121 | BALTIMORE, MD  21230 |

Jeffrey M. Kellner BY      /s/ Jeffrey M. Kellner                              sv